UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20282-CR-UNGARO/TORRES

UNITED STATES OF AMERICA,
      Plaintiff,

v.

AIDA LOPEZ,
      Defendant,

v.

IVIS CRUZ,
      Intervenor.
_____/

## REPORT AND RECOMMENDATION

THIS MATTER came on before the Court pursuant to the Order of Reference to Magistrate Judge **[DE # 181]** entered by the Honorable Ursula Ungaro on March 13, 2012. In the Order, Judge Ungaro referred the parties to a settlement conference. This settlement conference took place before the undersigned on May 1, 2012. Defendant Aida Lopez and Intervenor Ivis Lopez were both present at the settlement conference and both women were represented by counsel during the conference.

During the conference, Plaintiff United States and Defendant Aida Lopez reached an agreement with respect to a Final Order of Restitution earlier entered by Judge Ungaro in this case. The parties executed a Settlement Agreement at the conclusion of the conference. (A copy of the Settlement Agreement is attached hereto.) In the Settlement Agreement, the parties agreed to a reduction in the amount of interest owed by Defendant Aida Lopez to Plaintiff United States. The parties provided the undersigned with a copy of the executed Settlement Agreement. The undersigned has reviewed the parties' Settlement Agreement and makes the following findings of fact and recommendations:

1.    The Attorney General of the United States is responsible for the collection of an unpaid fine or restitution in a criminal case.  See 18 U.S.C. § 3612(c).  "The Attorney General may waive all of part of any interest or penalty under this section."    18 U.S.C. § 3612(h).

2.    The Settlement Agreement reached by the parties is fair and reasonable.  The Settlement Agreement represents a reasonable compromise of the interests between the parties.

3.    The undersigned hereby recommends the Court's approval of the parties' Settlement Agreement.

Respectfully submitted this ___/___ day of May, 2012.


_____
**PETER R. PALERMO**
**SR. UNITED STATES MAGISTRATE JUDGE**



Copies furnished to:

Honorable Judge Edwin G. Torres
All Counsel of Record

STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20282-CR-UNGARO

UNITED STATES OF AMERICA,

Plaintiff,

v.

AIDA LOPEZ

Defendant,

IVIS CRUZ

Intervenor.

_____/

## SETTLEMENT AGREEMENT

### A. RECITALS

1.    **Parties.** The parties to this settlement agreement are the Plaintiff United States, Defendant Aida Lopez and Intervenor Ivis Cruz.

2.    Pursuant to the Restitution Order dated November 8, 2007, Defendant Aida Lopez owes the amount of $ 1,095,554.45.  On July 20, 2010, this Court awarded the Defendant Aida Lopez an offset in the amount of $467,864.19.  As of May 1, 2012, the Defendant Aida Lopez has paid the principle on the restitution in the amount of $627,790.34.  Defendant still owes a total of $105,096.25 as restitution interest.

## B. TERMS OF THE AGREEMENT

3.      **Intention of the Parties to Effect Settlement.** The parties wish to achieve an amicable resolution of order to resolve the Restitution Order against Aida Lopez.   The parties agree as follows:

4.      **Liability and Settlement Agreement.**  As of May 1, 2012, the Defendant Aida Lopez has paid the principle on the restitution order in the amount of $627,790.34.  The Defendant received an offset in the amount of $ 467,864.19.  Defendant still owes a total of $105,096.25 as restitution interest.  As of May 1, 2012, the total remaining amount as interest owed by Defendant pursuant to the Order of Restitution is $105,096.25. The United States agrees to accept a total amount of  $85,000.00 in full satisfaction of the Order of Restitution for interest if said amount is paid as a lump sum payment on or before June 1, 2012. Pursuant to 18 U.S.C. Section 3612(h) and 18 U.S.C. Section 3664(m)(1)(A)(i) interest on restitution may be compromised.

5.      **Lump Sum Payment:** Defendant agrees to make a total payment of $85,000.00 as interest due on or before the June 1, 2012.  Payment shall be made payable to the U.S. Court by cashier check or money order payable to the United States Courts and mailed or delivered to:

> United States Attorney's Office
> Attn:  Aloyma M. Sanchez, AUSA
> Financial Litigation Unit – Third Floor
> 99 N.E. 4th Street
> Miami, Florida 33132

6.      Pursuant to this Settlement Agreement, after the funds clear, the United States will agree to dissolve the receivership which was established in connection with the Court Order dated August 23, 2010.  The Receiver shall be paid all fees and expenses that are due until the end of the Receivership from any monies that are collected during the receivership including but not limited to attorney's fees.

7.    After the funds clear, the United States will file a Satisfaction of Judgment and will move the Court to dissolve the Receivership so that the properties located at 8320 N.W. 8th Street, Units 2-307 and Unit 2-415 will be the responsibility of the record title owner.

8.    Upon termination of the Receivership, the Receiver will return the tenants' security deposits totaling $2,200 to the record title owner without interest. Said security deposits shall be maintained in accordance with Florida law.

9.    Should Defendant fail to comply with the above mentioned terms, the United States shall have the right, to continue the receivership and any and all collection activity.

10.    The parties agree that this Settlement Agreement, including all the terms and conditions of this settlement and any additional agreements relating thereto, may be made public in their entirety, and the claimants expressly consent to such release and disclosure pursuant to 5 U.S.C. 552a(b).

11.    **Severability Clause.** In the event any parts of this Agreement are found to be void, the remaining provisions of this Agreement shall nevertheless be binding with the same effect as though the void parts were deleted.

12.    **Effect of the Agreement.** This Agreement contains a complete description of the bargain between the parties. All material representations, understandings, and promises of the parties. Any modification must be set forth in writing by all parties. Defendant and Intervenor represents that this Agreement is entered into with knowledge of the events described herein. Defendant and Intervenor further represents that this Agreement is voluntarily entered into to resolve the Restitution Judgment.

13.    This Agreement is subject to the District Court Judge's approval.

**AGREED AND CONSENTED TO:**

Dated: May 1, 2012

WIFREDO A. FERRER
United States Attorney for the
Southern District of Florida
Attorney for the United States of America

By: _____

Aloyma M. Sanchez
Assistant United States Attorney
99 N.E. 4th Street
Miami, Fl 33132
Tel. (305) 961-9204
Fax. (305) 530-7195
E-mail: Aloyma.Sanchez@usdoj.gov

5/1/12
_____
Date

_____
Aida Lopez, Defendant

5/1/12
_____
Date

_____
Ivis Cruz, Intervenor

5/1/12
_____
Date

_____
Joaquin Perez, Esq.
Counsel for Ivis Cruz

5/1/12
_____
Date

_____
Maria Medel, Esq.
Counsel for Ivis Cruz