UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20282-CR-UNGARO

UNITED STATES OF AMERICA

v.

AIDA LOPEZ,

 Defendant,

IVIS CRUZ,

 Intervenor.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

 THIS CAUSE is before the Court upon the parties' proposed settlement agreement.

 THE COURT has considered the agreement and the pertinent portions of the record and is otherwise fully advised of the premises.

 This matter was referred to Magistrate Judge Peter R. Palermo for a settlement conference relating to the Court's Final Order of Restitution. At the conference the parties reached an agreement. Judge Palermo issued a Report recommending the Court approve the agreement. (D.E. 184.) The parties were afforded the opportunity to file objections to the Report; no objections were filed. Accordingly, upon *de novo* review of the record, it is

 ORDERED AND ADJUDGED that the Report of the Magistrate Judge (D.E. 184) is RATIFIED, ADOPTED, and AFFIRMED. The Settlement Agreement is

APPROVED.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of May, 2012

*Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record